Robert Gene BAILEY, The Source, Plaintiff–Appellant,

v.

Clarence GADDY; North Carolina Division of Motor Vehicles; Joseph I. Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.

Robert Gene Bailey, Plaintiff–Appellant,

v.

Steven Butler, Sr.; Kimberla Butler; North Carolina Division of Motor Vehicles; Joseph I. Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.

Robert Gene Bailey, Plaintiff–Appellant,

v.

Angela Carol Simpson; North Carolina Division of Motor Vehicles; Joseph Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.

Robert Gene Bailey, Plaintiff–Appellant,

v.

Lo'Teria Shavone Marsh; North Carolina Division of Motor Vehicles; Joseph Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.

Robert Gene Bailey, Plaintiff–Appellant,

v.

Jill Lowery; Ronald Lowery; North Carolina Division of Motor Vehicles; Joseph Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.

**Robert Gene Bailey, Plaintiff–Appellant,**

v.

**William Blue; North Carolina Division of Motor Vehicles; Joseph Gardner; Bill Toman; R.M. Ashley; K.D. Mackey; P.J. Graham; Rodney Smith; Unknown Female Officer, Defendants–Appellees.**

Nos. 09–7029, 09–7150, 09–7153, 09–7154, 09–7158, 09–7159.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 23, 2009.

Decided: Dec. 28, 2009.

Robert Gene Bailey, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Robert Gene Bailey appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the records and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. *Bailey v. Gaddy,* No. 5:09–cv–00060–F, 2009 WL 1346157 (E.D.N.C. May. 12, 2009); *Bailey v. Butler,* No. 5:09–cv–00153–F, 2009 WL 1705607 (E.D.N.C. June 11, 2009); *Bailey v. Simpson,* No. 5:09–cv–00084–F, 2009 WL 1675951 (E.D.N.C. June 11, 2009); *Bailey v. Marsh,* No. 5:09–cv–00180–F, 2009 WL 1705610 (E.D.N.C. June 11, 2009); *Bailey v. Lowery,* No. 5:09–cv–00194–F (E.D.N.C. June 11, 2009); and *Bailey v. Blue,* No. 5:09–cv–00195–F, 2009 WL 1675933 (E.D.N.C. June 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*